

# Fourth Court of Appeals
## San Antonio, Texas

January 9, 2017

No. 04-16-00815-CV

**CITY OF PEARSALL** (Cross-Appellee),
Appellant

v.

Robert **TOBIAS** (Cross-Appellant),
Appellee

From the 81st Judicial District Court, Frio County, Texas
Trial Court No. 13-10-00414-CVF
Honorable Russell Wilson, Judge Presiding

# O R D E R

On December 21, 2016, the court reporter responsible for preparing the record in this appeal, Ms. Leticia Escamilla, was notified that the record was late. Ms. Escamilla was instructed to file a notification of late record by December 27, 2016, if the record was not filed because payment was not made, or to file the reporter's record by January 2, 2017. Ms. Escamilla did not respond to this court's prior notice, and the record has not been filed. It is therefore ORDERED that Ms. Escamilla file the reporter's record in this court no later than January 24, 2017. If the record is not received by such date, an order may be issued directing Ms. Escamilla to appear and show cause why she should not be held in contempt for failing to file the record. The clerk of this court shall cause a copy of this order to be served on Ms. Escamilla by certified mail, return receipt requested, or give other personal notice of this order with proof of delivery. Because "[t]he trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed," TEX. R. APP. P. 35.3(c), the clerk of the court is directed to serve a copy of this order on the Honorable Russell Wilson, Judge of the 81st Judicial District Court.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of January, 2017.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court